United States Bankruptcy Court

Central District of California

In re:    Case No. 25-10724-MB

Luis Fernando Garces    Chapter 13

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0973-1    User: admin    Page 1 of 3
Date Rcvd: Aug 29, 2025    Form ID: ntc13pln    Total Noticed: 36

The following symbols are used throughout this certificate:
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Aug 31, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Luis Fernando Garces, 10164 Oso Avenue, Chatsworth, CA 91311-3430 |
| 42464467 | + | LA DWP, P.O. Box 30809, Los Angeles, CA 90030-0809 |
| 42538131 | | Synchrony Bank, c/o Jefferson Capital Systems, LLC, PO Box 7999, St. Cloud, WI 53602 |
| 42447657 | + | Van R Riley, 400 N Kenwood Street #11, Glendale, CA 91206-3299 |
| 42552922 | + | Van Riley, 400 N Kenwood St, Apt 11, Glendale, CA 91206-3299 |
| 42447659 | + | Western Progessive, LLC, 1000 Abernathy Road NE, Bldg 400, Suite 200, Atlanta, GA 30328-5614 |

TOTAL: 6

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: itcdbg@edd.ca.gov | Aug 30 2025 01:11:00 | Employment Development Dept., Bankruptcy Group MIC 92E, P.O. Box 826880, Sacramento, CA 94280-0001 |
| smg | | Email/Text: BKBNCNotices@ftb.ca.gov | Aug 30 2025 01:12:00 | Franchise Tax Board, Bankruptcy Section MS: A-340, P.O. Box 2952, Sacramento, CA 95812-2952 |
| smg | | Email/Text: finance.bankruptcy@lacity.org | Aug 30 2025 01:10:00 | Los Angeles City Clerk, P.O. Box 53200, Los Angeles, CA 90053-0200 |
| cr | + | Email/Text: RASEBN@raslg.com | Aug 30 2025 01:11:00 | Deutsche Bank National Trust Company, Robertson, Anschutz, Schneid, Crane & Pa, 13010 Morris Road., Suite 450, Alpharetta, GA 30004-2001 |
| cr | | Email/PDF: resurgentbknotifications@resurgent.com | Aug 30 2025 01:16:14 | LVNV Funding LLC, c/o Resurgent Capital Services, P.O. Box 10587, Greenville, SC 29603-0587 |
| 42538101 | | Email/Text: creditcardbkcorrespondence@bofa.com | Aug 30 2025 01:10:00 | Bank of America, N.A., PO Box 673033, Dallas, TX 75267-3033 |
| 42536392 | + | Email/Text: ProsperBK@prosper.com | Aug 30 2025 01:11:00 | Coastal Community Bank, c/o Prosper Funding LLC, 221 Main Street, Suite 300, San Francisco, CA 94105-1909 |
| 42447644 | + | Email/PDF: creditonebknotifications@resurgent.com | Aug 30 2025 01:15:22 | Credit One Bank, Attn: Bankruptcy Department, 6801 Cimarron Road, Las Vegas, NV 89113-2273 |
| 42447645 | | Email/Text: BNSFN@capitalsvcs.com | Aug 30 2025 01:11:00 | First National Bank, Attn: Bankruptcy, PO Box 5097, Sioux Falls, SD 57117 |
| 42447646 | | Email/Text: BNSFN@capitalsvcs.com | Aug 30 2025 01:11:00 | First National Bank/Legacy, Attn: Bankruptcy, PO Box 5097, Sioux Falls, SD 57117 |
| 42447648 | | Email/Text: BNBLAZE@capitalsvcs.com | Aug 30 2025 01:11:00 | First Savings Bank/Blaze, Attn: Bankruptcy, PO Box 5096, Sioux Falls, SD 57117 |
| 42447647 | + | Email/PDF: ais.fpc.ebn@aisinfo.com | Aug 30 2025 01:15:22 | First Premier Bank, 3820 N Louise Avenue, Sioux Falls, SD 57107-0145 |
| 42447649 | | Email/Text: BKBNCNotices@ftb.ca.gov | | |

| District/off: 0973-1 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Aug 29, 2025 | Form ID: ntc13pln | Total Noticed: 36 |

| Recip ID | Bypass | Notice Type | Date/Time | Name and Address |
|---|---|---|---|---|
| | | | Aug 30 2025 01:12:00 | Franchise Tax Board, Attn: Bankruptcy Unit, P.O. Box 2952, Sacramento, CA 95812-2952 |
| 42447650 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Aug 30 2025 01:11:00 | Internal Revenue Service, P.O. Box 7346, Philadelphia, PA 19101-7346 |
| 42536542 | | Email/Text: JCAP_BNC_Notices@jcap.com | Aug 30 2025 01:11:00 | Jefferson Capital Systems, LLC, PO BOX 7999, SAINT CLOUD, MN 56302-9617 |
| 42548141 | | Email/PDF: resurgentbknotifications@resurgent.com | Aug 30 2025 01:15:19 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 42512606 | | Email/PDF: MerrickBKNotifications@Resurgent.com | Aug 30 2025 01:15:50 | MERRICK BANK, Resurgent Capital Services, PO Box 10368, Greenville, SC 29603-0368 |
| 42447651 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | Aug 30 2025 01:15:15 | Merrick Bank Corp, PO Box 9201, Old Bethpage, NY 11804-9001 |
| 42447652 | + | Email/Text: bankruptcydpt@mcmcg.com | Aug 30 2025 01:11:00 | Midland Credit Mgmt, Attn: Bankruptcy, PO Box 939069, San Diego, CA 92193-9069 |
| 42447653 | + | Email/Text: USTPregion16.LA.ECF@USDOJ.GOV | Aug 30 2025 01:11:00 | Office of the United States Trustee, 915 Wilshire Blvd., Ste 1850, Los Angeles, CA 90017-3560 |
| 42548250 | + | Email/Text: BKEBN-Notifications@ocwen.com | Aug 30 2025 01:11:00 | PHH MORTGAGE CORPORATION, ATTN:BANKRUPTCY DEPARTMENT, PO BOX 24605, WEST PALM BEACH FL 33416-4605 |
| 42447654 | + | Email/Text: BKEBN-Notifications@ocwen.com | Aug 30 2025 01:11:00 | PHH Mortgage, PO Box 5452, Mt Laurel, NJ 08054-5452 |
| 42464472 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Aug 30 2025 01:15:41 | Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541 |
| 42447655 | | Email/Text: ProsperBK@prosper.com | Aug 30 2025 01:11:00 | Prosper Funding, LLC, Attn: Bankruptcy Dept, 221 Main Street, Suite 300, San Francisco, CA 94105 |
| 42464474 | + | Email/Text: bkdepartment@rtresolutions.com | Aug 30 2025 01:11:00 | Real Time Resolutions, Inc, PO Box 36655, Dallas, TX 75235-1655 |
| 42514053 | + | Email/Text: bkdepartment@rtresolutions.com | Aug 30 2025 01:11:00 | Real Time Resolutions, Inc., 1349 Empire Central Dr. Suite 1300, Dallas, TX 75247-4073 |
| 42515061 | | Email/PDF: MerrickBKNotifications@Resurgent.com | Aug 30 2025 01:16:08 | Resurgent Capital Services, Merrick Bank, PO Box 10368, Greenville, SC 29603-0368 |
| 42464475 | | Email/Text: PDELINQ@sba.gov | Aug 30 2025 01:11:00 | Small Business Administration, 14925 Kingsport Road, Fort Worth, TX 76155-2243 |
| 42447656 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Aug 30 2025 01:26:34 | Synchrony/PayPal Credit, Attn: Bankruptcy, PO Box 965064, Orlando, FL 32896-5064 |
| 42447658 | | Email/Text: dispute@velocityrecoveries.com | Aug 30 2025 01:11:00 | Velocity Investments, LLC, Attn: Bankruptcy, 1800 Route 34N, Suite 305, Wall, NJ 07719 |

TOTAL: 30

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 42515982 | *+ | Real Time Resolutions, Inc, 1349 Empire Central Dr., Suite 1300, Dallas, TX 75247-4073 |

TOTAL: 0 Undeliverable, 1 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and

District/off: 0973-1 | User: admin | Page 3 of 3
Date Rcvd: Aug 29, 2025 | Form ID: ntc13pln | Total Noticed: 36

**belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 31, 2025           Signature:      /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 29, 2025 at the address(es) listed below:

**Name**  **Email Address**

Elizabeth (SV) F Rojas (TR)
cacb_ecf_sv@ch13wla.com

Kevin T Simon
on behalf of Debtor Luis Fernando Garces kevin@ktsimonlaw.com  SimonKR80921@notify.bestcase.com

Sarah Arlene Dooley-Lewis
on behalf of Creditor Deutsche Bank National Trust Company sdooleylewis@raslg.com

United States Trustee (SV)
ustpregion16.wh.ecf@usdoj.gov

TOTAL: 4

# United States Bankruptcy Court
## Central District of California

**21041 Burbank Blvd, Woodland Hills, CA 91367−6603**

## NOTICE OF ORDER CONFIRMING CHAPTER 13 PLAN

**DEBTOR(S) INFORMATION:**
Luis Fernando Garces
**SSN:** xxx−xx−4344
**EIN:** N/A

10164 Oso Avenue
Chatsworth, CA 91311

**BANKRUPTCY NO.** 1:25−bk−10724−MB
**CHAPTER** 13

Notice is hereby given of the entry of an order of this Court confirming a chapter 13 plan. You may review the order and the plan itself at the bankruptcy clerk's office at the address listed above or online at https://pacer.uscourts.gov.

Dated: August 29, 2025

For The Court,

**Kathleen J. Campbell**
Clerk of Court

(Form ntc13pln − ncp13 v.12/20)

**36 / PG**